# United States District Court

## SOUTHERN DISTRICT OF IOWA

RECEIVED FEB 16 2006

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

DANIEL FRONCZAK

CASE NUMBER: 3:06-mj-509

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

> On about December 29, 2005, in Muscatine County and other places within the Southern District of Iowa, defendant did, use a facility and means of interstate and foreign commerce including a commercial airline, a computer connected to the internet, and cellular telephone service, between Pennsylvania and Iowa, to knowingly persuade, induce and entice an individual who had not attained the age of 18 years, to engage in sexual activity for which a person could be charged with a criminal offense in violation of Title 18, United States Code, Section(s) 2423(b).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this Complaint is based on the following facts:

> See Affidavit attached and incorporated

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Michael C. Kaiser, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

February 16, 2006                  at    Rock Island, Illinois
Date                                          City and State

Thomas J. Shields
U.S. Magistrate Judge                    _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT

UNITED STATES OF AMERICA  )
                          )
SOUTHERN DISTRICT OF IOWA )

Your Affiant, Michael C. Kaiser, first being duly sworn, deposes and states that:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Quad Cities Resident Agency, Omaha Division.

2. This affidavit is in support of a complaint charging DANIEL FRONCZAK JR., white male, born March 16, 1978, of Mahanoy City, Pennsylvania, with a violations of 18 U.S.C. § 2422, specifically, the enticement and coercion of a minor in interstate commerce for the purpose of engaging in criminal sexual activity.

3. I am involved in the investigation of sexual crimes involving minors in the Quad Cities area, to include the enticement, coercion and transportation of a minor in interstate commerce for the purpose of engaging in criminal sexual activity. Such investigation has determined that DANIEL FRONCZAK enticed a minor via the Internet, transported the minor across state lines and induced the minor to engage in sexual activity.

4. This investigation originated based on information received from the Muscatine (Iowa) Police Department following DANIEL FRONCZAK's arrest by officers of the Moline (Illinois) Police Department on December 29, 2005.

5. A female minor was reported missing to the Muscatine Police Department on December 28, 2005. Through information obtained from the victim's computer, including on-line chat logs and email, and cellular telephone records, DANIEL FRONCZAK was identified as a possible suspect in the investigation. Muscatine Police officers used the information gathered to obtain Pennsylvania driver's license photographs of DANIEL FRONCZAK.

6. At approximately 10:00 p.m. on December 28, 2005, the victim telephoned her mother from a restaurant located in Bettendorf, Iowa. The Muscatine Police Department was informed of the girl's whereabouts and two officers from the police department interviewed the victim at a hospital in Davenport. During the interview, the victim said that she had been staying with DANIEL FRONCZAK at a motel near the Moline Airport in Illinois. The victim did not know the name of the motel but she knew she and DANIEL FRONCZAK had stayed in Room 223. The victim described the motel in detail for the Muscatine Police officers and described the car that DANIEL FRONCZAK was driving.

7. The victim stated that around December 12, 2005, she began to "chat" on-line with DANIEL FRONCZAK. FRONCZAK and the victim also communicated via cellular telephone. During one telephone conversation, the victim advised FRONCZAK that she was "almost 15 years old". Some telephone and Internet chat conversations between the victim and DANIEL FRONCZAK were "romantic" and sexually explicit in nature. At one point, DANIEL FRONCZAK made plans to come from Pennsylvania to Iowa to meet the victim on December 21, 2005, but FRONCZAK was not able to make the trip.

8. After interviewing the victim, the Muscatine Police officers contacted the Moline Police Department. At approximately 1:00 a.m. on December 29, 2005, the police located DANIEL FRONCZAK in Room 223 at a motel near the airport in Moline, Illinois. After positively identifying DANIEL FRONCZAK, the police officers identified themselves and were granted permission by FRONCZAK to search his room when FRONCZAK signed a Consent to Search form.

9. FRONCZAK was advised of his *Miranda* rights. After acknowledging that he understood his rights, DANIEL FRONCZAK agreed to answer questions without having an attorney present. FRONCAK stated that on December 27, 2005, he flew from Pennsylvania to Moline, Illinois. FRONCZAK rented a 2006 Buick LaCrosse car from Enterprise Rent-a-Car at the airport, drove to the victim's residence in Muscatine, Iowa. He picked her up and brought her back to Room 223 in the motel in Moline, Illinois.

10. According to both FRONCZAK and the victim, on or about the morning of December 28, 2005, DANIEL FRONCZAK and victim

engaged in sexual intercourse. The police found a used, yellow "Lifestyles" brand condom in the trash from FRONCZAK's room. FRONCZAK admitted that he brought the condom with him from Pennsylvania. A Sexual Assault Examination of the victim was conducted by a certified examiner at Genesis West Hospital in Davenport, Iowa, which revealed that the victim had suffered "bruising and tearing" of her genital region typically associated with a sexual assault.

11.     At the time of the sex act, the victim was 13 years old and DANIEL FRONCZAK was 27 years old. FRONCZAK admitted that he thought the victim was 15 years old. DANIEL FRONCZAK was arrested by Moline Police officers and charged with Aggravated Criminal Sexual Abuse a felony in the State of Illinois. Muscatine County has filed charges against FRONCZAK for Enticing a Minor and Child Stealing.

12.     A search warrant was executed at DANIEL FRONCZAK's residence on January 5, 2006 by the Pennsylvania State Police. Two computers were seized from FRONCZAK's bedroom and examined by computer forensic analysts. Yahoo! chat logs were found that recorded on-line communication between FRONCZAK and the victim. Also found were DANIEL FRONCZAK's airline travel itinerary for a roundtrip leaving from Harrisburg, Pennsylvania and going to Moline, Illinois via Chicago departing on December 27, 2005 and returning on December 29, 2005.

Michael C. Kaiser, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 16 day of February 2006.

Thomas J. Shields
United States Magistrate Judge