United States District Court
Southern District of Iowa

Presiding: Honorable
AUSA:                                      Defense Counsel:
Number:                                    Court Reporter:
UNITED STATES OF AMERICA                   Interpreter:
      vs.                                 Indictment     Information
                                            Complaint      Warrant
                                            Code Violation/Offense:

Date:
Time Start:            Time End:
................................................................................................................
## INITIAL APPEARANCE
Defendant Advised of Rights:          ;
to     Retain counsel;      Have CJA appointed counsel;       Have FPD appointed
       Preliminary      Removal Hearing        Arraignment
scheduled for:
................................................................................................................
## ARRAIGNMENT
Advised of charges/maximum penalties:      ;  Plea of not guilty entered
Indicted in True Name:                     ;     as to count(s):
  True Name:                              ;     Accepted:
Reading of Indictment Waived:              ;  Rule 16 material by:
Trial scheduled for:                       ;  Reciprocal discovery by:
                                              Pretrial motions by:
                                              Notify Clerk if trial is necessary
                                                  by:
................................................................................................................
## BOND
Bond previously set: $                     ;  Bond set: $                             ;
Motions for detention:          ; Detention hearing set:                              ;
         Bond Continued      Deft. Committed
................................................................................................................
Minutes:




                                                              Deputy Clerk