AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __IOWA__

RECEIVED FEB 2 2 2006

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|
| V. | |

DANIEL FRONCZAK  
*Defendant*

Case 3:06-mj-509

Upon motion of the __government__, it is ORDERED that a detention hearing is set __February 23, 2006__ * at __3:00 PM__
                                            *Date*                                         *Time*

before __the Honorable Thomas J. Shields, Chief, United States Magistrate Judge__
                                                       *Name of Judicial Officer*

__211 19th Street, Rock Island, Illinois__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

__the United States Marshal Service__ ) and produced for the
*Other Custodial Official*

Date: __February 21, 2006__

_____
Thomas J. Shields, Chief, United States Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.