

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL FRONCZAK, JR.,<br><br>Defendant | CASE NO. 3:06-cr-508 |

## DEFENDANT'S MOTION
## FOR PRESERVATION OF AGENTS' NOTES

Defendant DANIEL FRONCZAK, JR by his attorney, Jack A. Schwartz of Jack A. Schwartz & Associates, respectfully moves this Court for entry of an Order requiring the government to preserve all notes, rough notes, logs and memoranda prepared by government agents regarding their interviews with any potential witness, or other person with respect to this case.

WHEREFORE, Defendant DANIEL FRONCZAK, JR requests that this Honorable Court grant this Motion for Preservation of Agents' Notes.

Respectfully submitted,

Defendant DANIEL FRONCZAK, JR.

By: *Jack Schwartz*

Jack A. Schwartz, Local Counsel
Jack A. Schwartz & Associates
Attorneys for Defendant
1800 3rd Avenue, Suite 211
Rock Island, Illinois 61201
(309) 793-4357
(309) 793-9026 FAX

copies to:

Clifford R. Cronk III
United States Attorney
1830 2nd Avenue
Rock Island, IL 61201-8003

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2006.
BY:
☐ U. S. Mail   ☐ FAX   ☐ Hand Delivered
Overnight Courier ☒   Certified Mail ☐   Other
Signature: *[signature]*