IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 2 7 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA

Plaintiff,

vs.

DANIEL FRONCZAK, JR,

Defendant

CASE NO. 3:06-cr-508

## DEFENDANT'S MOTION FOR PRODUCTION OF BRADY MATERIALS

Defendant DANIEL FRONCZAK, JR by his attorney, Jack A. Schwartz of Jack A. Schwartz & Associates, pursuant to Federal Rule of Criminal Procedure 12(d)(2) and the principles enunciated in *Brady v. Maryland*, 373 U.S. 83 (1963) and respectfully moves this Court for entry of an Order directing the government to make inquiry and to disclose to the defense prior to the trial of this cause any and all documents, materials, and information, in whatever form, within the possession or control of the government, or the existence of which is known, or by the exercise of due diligence could become known to the government, which would tend to establish a defense, in whole or in part, to the allegations contained in the Bill of Indictment, or would help the Defendant DANIEL FRONCZAK, JR avoid conviction or mitigate punishment therefore.

Wherefore, Defendant DANIEL FRONCZAK, JR requests that this Honorable Court grant this Motion for Production of Brady Materials.

Respectfully submitted,

Defendant DANIEL FRONCZAK, JR

By: _____/s/ Jack Schwartz_____
Jack A. Schwartz, Local Counsel
Jack A. Schwartz & Associates
Attorneys for Defendant
1800 3rd Avenue, Suite 211
Rock Island, Illinois 61201
(309) 793-4357
(309) 793-9026 FAX

copies to:
Clifford R. Cronk III
U. S. Attorney's Office
P. O. Box 4000
Rock Island, IL 61204-4000

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2006.
BY:
☐ U. S. Mail          ☐ FAX              ☐ Hand Delivered
☐ Overnight Courier   ☐ Certified Mail   ☐ Other
Signature: /s/ Jack Schwartz