IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 27 2006
CLERK DISTRICT COURT
SOUTHERN DISTRICT OF IA

UNITED STATES OF AMERICA

Plaintiff,

vs.

DANIEL FRONCZAK, JR,

Defendant

CASE NO. 3:06-cr-508

# DEFENDANT'S MOTION FOR DISCLOSURE OF EVIDENCE WHICH MAY LEAD TO THE IMPEACHMENT OF ANY GOVERNMENT WITNESS

Defendant DANIEL FRONCZAK, JR, by his attorney, Jack A. Schwartz of Jack A. Schwartz & Associates, pursuant to the Fifth and Sixth Amendments to the Constitution and Federal Rule of Criminal Procedure 16(a)(1)(C) respectfully moves the Honorable Court for entry of an Order requiring the government to make inquiry and disclose all evidence which may lead to the impeachment of any government witness which evidence is in the government's possession, custody or control, or the existence of which is known, or by the exercise of due diligence could become known to it.

1. Defendant DANIEL FRONCZAK, JR requests the following materials and information, which materials and information may be used to impeach the credibility, of the prospective government witnesses and are "material to the preparation of his defense" pursuant to Federal Rule of Criminal Procedure 16(a)(1)(C):

a. Any and all records and information revealing prior felony convictions or guilty verdicts or juvenile adjudications attributed to each prospective government witness, including but not limited to, relevant rap sheets;

b. Any and all records and information revealing prior misconduct or bad acts attributed to any witness pursuant to Federal Rule of Evidence 608(b);

c. Any and all consideration or promises of consideration given to or on behalf of the witness or expected or hoped for by the witness, made by any law enforcement personnel, federal or state, including but not limited to, employees of the Federal Bureau of Investigation, Quad City Gang Task Force, Bureau of Alcohol, Tobacco and Firearms and/or federal and state prosecutors. By "consideration", Defendant DANIEL FRONCZAK, JR refers to absolutely anything, whether bargained for or not, which arguably could be of value or use to a witness or to persons of concern to the witness, including by not limited to, formal or informal, direct or indirect: grants or offers of immunity, leniency, favorable treatment, recommendations or other assistance with respect to ally pending or potential case or cases, criminal or civil, federal or state; payments or money, rewards or fees, witness fees and special witness fees, provisions of food, clothing, shelter, transportation, legal services or other benefits; placement in a "witness protection program", informer status of the witness; protection against prosecution for family members; and anything else which arguably could reveal an interest, motive or bias in the witness in favor of the government or against the defense or act as an inducement to testify or to color testimony. In connection with any and all disclosures made herein, the Defendant DANIEL FRONCZAK, JR requests:

1. Description of the "agreement made with the witness;

2. The name and address of the agency or authority with whom the agreement was made;

3. All documents which purport to embody the "agreement" in whole or in part.

d. A statement as to whether any prospective government witness has ever worked for, on any basis, or given information, with or without compensation, to any of the following agencies or authorities: Federal Bureau of Investigation, Quad City Gang Task Force, Bureau of Alcohol, Tobacco and Firearms, United States' Attorney or any other federal or state agency or authority. In connection with any and all disclosure made herein, Defendant DANIEL FRONCZAK, JR specifically requests:

1. The identify of the agency or authority;

2. The date(s) on which work was performed or information delivered;

3. The nature of the compensation, if any, and;

4. Any other relevant information.

e. Any and all threats, expressed or implied, direct or indirect, or other coercion made to or directed against the witness, criminal prosecutions, investigations, potential prosecutions pending or which could be brought against the witness or the witness' family members; any probationary, parole, deferred prosecution or custodial status of the witness; and any civil tax court, court of claims, administrative, or other pending or potential legal disputes or transactions with plaintiff or over which plaintiff has real, apparent, or perceived influence.

f. The existence and identification of each occasion in which the witness has testified before any court, grand jury, or other tribunal or body or otherwise officially narrated

in relation to the Defendant DANIEL FRONCZAK, JR, the investigation, or the facts of this case and the record or transcript of all such testimony.

g. Any and all statements of any nature or description gathered during the investigation of this case which statements are in actual or potential conflict with any other statements made by the same individual.

h. Any and all records and/or information, whether oral or recorded, related to any witness regarding:

1. physical symptoms, problems, examinations, treatments and/or hospitalizations;

2. mental, emotional or behavior problems, symptoms, treatment or examinations or hospitalization, including, but not limited to psychiatric or psychological disorders;

3. alcoholism or use of alcohol, including but not limited to, symptoms, examinations, treatment or hospitalization for alcoholism, alcohol abuse, use of alcohol, or any alcohol related disorder, whether physical, mental or behavioral;

4. drug addiction or use of drugs, including but not limited to cocaine, marijuana, amphetamines, prescription or non-prescription drugs, heroin, including but not limited to use of, symptoms of, examination for, treatment for, or hospitalization for use of abuse of such substances;

5. gambling addiction or frequent gambling, including but not limited to symptoms, examinations, treatment or therapy for gambling or any gambling disorder.

i. Any and all records and/or information which arguably could be helpful or useful to defense in impeaching or otherwise detracting from the probative force of the Government's evidence or which arguably could lead to such records or information.

j. Any and all information regarding disciplinary or other corrective action charged to or taken against any state or federal agent involved at any time in the investigation or prosecution of this case, including but not limited to personnel files, the existence and identity of all internal affairs, internal investigation or public integrity, investigation files concerning the witness; the existence and identity of any investigation or misconduct by an employer or other entity or person concerning the witness; the existence and identity of any complaints regarding misconduct by the witness.

k. All requests for impeaching information pertain, but are not to, all law enforcement individuals, cooperating witnesses and all other witnesses that the government intends to call at trial.

2. If the government withholds any of the material or information requested in this motion, Defendant DANIEL FRONCZAK, JR requests the Government to state the grounds on which the material or information is being withheld.

3. Defendant DANIEL FRONCZAK, JR requests that the Court Order require the government to provide this information by 30 days prior to trial to allow defense counsel sufficient opportunity to prepare for trial.

4. Defendant DANIEL FRONCZAK, JR further requests that the Court Order be in the nature of a continuing Order upon the Government to produce such evidence which may be favorable to the Defendant DANIEL FRONCZAK, JR at any time.

WHEREFORE, the Defendant DANIEL FRONCZAK, JR requests that this Honorable Court grant his Motion for Disclosure of Evidence Which May Lead to the Impeachment of any Government Witness.

Respectfully submitted,

Defendant DANIEL FRONCZAK, JR

By: *(signed)* Jack A. Schwartz
Jack A. Schwartz, Local Counsel
Jack A. Schwartz & Associates
Attorney for Defendant
1800 3rd Avenue, Suite 211
Rock Island, IL 61201
(309) 793-4357
(309) 793-9026 FAX

copies to:

Clifford R. Cronk III
U. S. Attorney's Office
P. O. Box 4000
Rock Island, IL 61204-4000

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2006.
BY:

| | | | | |
|---|---|---|---|---|
| ☐ | U.S. Mail | ☐ FAX | ☐ | Hand Delivered |
| ☐ | Overnight Courier | ☐ Certified Mail | ☐ | Other |

Signature *(signed)* Jack A. Schwartz