IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 2 7 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF I...

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL FRONCZAK, JR,<br><br>Defendant | CASE NO. 3:06-cr-508 |

## DEFENDANT'S MOTION FOR CONTINUING DISCLOSURE OF FAVORABLE EVIDENCE

Defendant DANIEL FRONCZAK, JR by his attorney, Jack A. Schwartz of Jack A. Schwartz & Associates, pursuant to Federal Rule of Criminal Procedure 16 and the principles enunciated in *Brady v. Maryland*, 373 U.S. 83 (1963) and *Kyles v. Whitley*, 115 S.Ct. 1555 (1995), respectfully moves this Court for entry of a continuing Order that the government provide all evidence in its possession or that comes into its possession which is favorable to . For purposes of continuing disclosure and to put the government on specific notice, requests the following information:

1. The name, last known address and statement or memorandum of interview, if any, of any individual, including any Co-Defendant, co-conspirators, cooperating individuals or confidential informants, whose testimony would be favorable to in any way or consistent with his innocence;

2. The name, last known address and statement or memorandum of interview. if any, of any individual whose testimony would contradict or be inconsistent with the expected testimony of any witness for the government, regardless of whether the government intends to call such person as a witness, including confidential informants

3. Any documentary evidence or information which contradicts or is inconsistent with the expected testimony of any witness for the government;

4. Any prior statements of a witness for the government which are inconsistent with his or her expected trial testimony;

5. Any and all books, papers, records or documents which contain evidence favorable to or are consistent with his innocence, including by not limited to any handwritten notes written by government agents concerning this case, the results of any fingerprint, handwriting, voice exemplars of other laboratory tests which are consistent with 's innocence;

WHEREFORE, Defendant DANIEL FRONCZAK, JR requests that this Honorable Court grant this Motion for Continuing Disclosure of Favorable Evidence.

Respectfully submitted,

Defendant DANIEL FRONCZAK, JR

By: _____
Jack A. Schwartz, Local Counsel
Jack A. Schwartz & Associates
Attorney for Defendant
1800 3rd Avenue, Suite 211
Rock Island, IL 61201
(309) 793-4357
(309) 793-9026 FAX

copies to:
Clifford R. Cronk III
U. S. Attorney's Office
P. O. Box 4000
Rock Island, IL 61204-4000

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2006.
BY:

| | | | | |
|---|---|---|---|---|
| ☐ | U. S. Mail | ☐ FAX | ☐ | Hand Delivered |
| ☐ | Overnight Courier | Certified Mail | ☐ | Other |

Signature: *[signature]*