IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 27 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF I...

UNITED STATES OF AMERICA

Plaintiff,

vs.

DANIEL FRONCZAK, JR,

Defendant

CASE NO. 3:06-cr-508

## DEFENDANT'S MOTION
## FOR PRODUCTION OF INFORMANTS

COMES NOW Defendant DANIEL FRONCZAK, JR by his attorney, Jack A. Schwartz of Jack A. Schwartz & Associates, and respectfully moves this Court to enter an order requiring the government to produce all informants utilized in the investigation of this case for interview by defense counsel on behalf of .

Respectfully submitted,
Defendant DANIEL FRONCZAK, JR

By: _____
Jack A. Schwartz, Local Counsel
Jack A. Schwartz & Associates
Attorney for Defendant
1800 3rd Avenue, Suite 211
Rock Island, IL 61201
(309) 793-4357
(309)-793-9026 FAX

copies to:
Clifford R. Cronk III
U. S. Attorney's Office
P. O. Box 4000
Rock Island, IL 61204-4000

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2006.
BY:

| ☐ | U. S. Mail | ☐ | FAX | ☐ | Hand Delivered |
| ☐ | Overnight Courier | | Certified Mail | ☐ | Other |

Signature: _____