IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
MAR 27 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL FRONCZAK, JR,<br><br>Defendant | CASE NO. 3:06-cr-508 |

## DEFENDANT'S MOTION FOR PRETRIAL WITNESSES

COMES NOW Defendant DANIEL FRONCZAK, JR by his attorney, Jack A. Schwartz of Jack A. Schwartz & Associates, and respectfully moves this Court to enter an order requiring the government to furnish defense counsel with the names and addresses of all witnesses that the government intends to call at trial, and the names and addresses of all witnesses that the government does not intend to call at trial in order to avoid surprise and to assure the Defendant DANIEL FRONCZAK, JR, right to confrontation and cross-examination.

Respectfully submitted,
Defendant DANIEL FRONCZAK, JR

By: _____
Jack A. Schwartz, Local Counsel
Jack A. Schwartz & Associates
Attorney for Defendant
1800 3rd Avenue, Suite 211
Rock Island, IL 61201
(309) 793-4357
(309) 793-9026 FAX

copy to:
Clifford R. Cronk III
U. S. Attorney's Office
P. O. Box 4000
Rock Island, IL 61204-4000

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____, 2006..
BY:
☐ U. S. Mail ☐ FAX ☐ Hand Delivered
☐ Overnight Courier ☐ Certified Mail ☐ Other
Signature: _____