IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED JUL 11 2006 CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:06-cr-508 |
| Plaintiff, ) | |
| ) | |
| v. ) | **SUPERSEDING INDICTMENT** |
| ) | T.18 U.S.C. §2422(b) |
| DANIEL FRONCZAK, JR. ) | T.18 U.S.C. §2423(b) |
| ) | T.18 U.S.C. §2423(a) |
| Defendant. ) | T.18 U.S.C. §2251(a), (e) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Enticement of a Minor To Engage In Illicit Sexual Activities)

During the period beginning about December 10, 2005, and continuing to on or about December 28, 2005, in and about Muscatine County in the Southern District of Iowa and elsewhere, the defendant, DANIEL FRONCZAK, JR., used facilities of interstate and foreign commerce, that is, the Internet, telephone systems, commercial airline, that is American Airlines, and Enterprise Rent-a-Car to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, a 14-year old girl, to engage in sexual activities for which a person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Travel To Engage In Illicit Sexual Conduct)

On or about December 27, 2005, in and about Muscatine County in the Southern District of Iowa and elsewhere, the defendant, DANIEL FRONCZAK, JR., did knowingly travel in interstate commerce from the State of Pennsylvania to the States of Illinois and Iowa for the purpose of engaging in illicit sexual conduct with a another person, that is, a 14-year old girl, such conduct constituting a criminal offense in the State of Illinois.

This is a violation of Title 18, United States Code, Section 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Transportation To Engage In Illicit Sexual Conduct)

On or about December 27, 2005, in and about Muscatine County in the Southern District of Iowa and elsewhere, the defendant, DANIEL FRONCZAK, JR., did knowingly transport an individual who had not attained the age of 18 years, that is, a 14-year old girl, in interstate commerce from the State of Iowa to the State of Illinois, with the intent that the individual engage in sexual activity for which any person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2423(a).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Attempted Production of Child Pornography)

During the period beginning about December 10, 2005, and continuing to on or about December 28, 2005, in Muscatine and Scott Counties, in the Southern District of Iowa, and elsewhere, the defendant, DANIEL FRONCZAK, JR., did attempt to use, persuade, induce and entice a person under the age of eighteen, that is, a female approximately fourteen years of age, and did transport said minor in interstate commerce with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically, a videotaped recording containing the lascivious exhibition of the genitals or pubic area of said minor, and the defendant knew and had reason to know that such visual depiction would be transported in interstate commerce and that such visual depictions would be produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce.

This is a violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**A TRUE BILL.**

\_\_\_/s/_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ Clifford R. Cronk III
Clifford R. Cronk III
Assistant United States Attorney