IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>vs.<br><br>DANIEL FRONCZAK,<br><br>        Defendant. | CASE NO. 03:06-cr-508 |

## DEFENDANT'S MOTION
## FOR EXTENSION OF TIME FOR ALL DEADLINES

COMES NOW Defendant, DANIEL FRONCZAK, by his attorney, Jack A. Schwartz, respectfully moves this Court for entry of an Order extending the defendant's time for all deadlines, in the above entitled cause, and in support thereof, states as follows:

1. Defendant wishes to make factual challenges to the pre-sentence investigation report.

2. Defendant requires transcripts from the November 29, 2006 change of plea hearing to make factual challenges to the pre-sentence investigation report.

3. Defendant is awaiting delivery of the above mentioned transcripts.

4. The United States Probation Office has no objections.

WHEREFORE, Defendant, Daniel Fronczak, requests that this Honorable Court grant this Motion for an Extension of Time for All Deadlines and enter an Order extending all deadlines by fourteen (14) days each.

Respectfully submitted,

Daniel Fronczak, Defendant

By: */s/ Jack A. Schwartz*
Jack A. Schwartz, Local Counsel
Attorney for Defendant
1800 - 3rd Avenue, Suite 211
Rock Island, Illinois 61201
(309) 793-4357 Telephone
(309) 793-9026 Fax
Jschwartz@getrepresented.com

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following attorney of record:

Clifford Cronk
United States Attorneys Office
131 East 4th Street, Suite 310
Davenport, Iowa 52801
(563) 884-7700 Telephone
(563) 884-7701 Fax
Email: cliff.cronk@usdoj.gov,usaias.nefdavenport@uddoj.gov