**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL FRONCZAK,<br><br>Defendant. | CASE NO.03:06 cr 508 |

## DEFENDANT'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW Defendant, DANIEL FRONCZAK, and makes Application to the Court to Proceed in Forma Pauperis and in support thereof states as follows:

1. The Defendant was sentenced on July 3, 2007 to 340 months imprisonment.

2. That prior to Defendant's incarceration, he owned no assets.

3. That the parents of DANIEL FRONCZAK, namely Roseanne and Daniel Fronczak Sr., also own no assets.

4. It would be in the best interest of justice to defer all filing fees and court costs involved in Defendant's appeal in the Eighth District Appellate Court.

Respectfully submitted,

Defendant DANIEL FRONCZAK

By: ___*/Jack A. Schwartz/*___
       Jack A. Schwartz
       Jack A. Schwartz & Associates
       Attorney for Defendant
       1800 - 3rd Avenue, Suite 211
       Rock Island, Illinois 61201

(309) 793-4357 Telephone
(309) 793-9026 Fax
jschwartz@getrepresented.com

CERTIFICATE OF SERVICE

I certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of Court using CM/EFC system which will send notification of such filing to the following attorney of record:

Clifford Cronk
U.S. Courthouse, Suite 310
131 East 4th Street
Davenport, Iowa 52801
Telephone: (563) 884-7700
Fax: (563) 884-7701
clifford.cronk@usdoj.gov